GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff



**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-00915-PHX-DWL (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1 - 21 |
| Norman Jeffrey French, | |
| Defendant. | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNTS 1 - 21

On or about the dates listed below, in the District of Arizona, Defendant NORMAN JEFFREY FRENCH knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant NORMAN JEFFREY FRENCH did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant NORMAN JEFFREY

FRENCH resided at an address in Kingman, Arizona, whereas in truth and fact, Defendant NORMAN JEFFREY FRENCH knew that he resided at a different address:

| Counts | Date | Location |
|--------|------|----------|
| 1 | 6/2/2021 | Sportsman's Warehouse (Yuma, AZ) |
| 2 | 6/2/2021 | Sprague's Sports (Yuma, AZ) |
| 3 | 6/2/2021 | C-A-L Ranch (Yuma, AZ) |
| 4 | 6/18/2021 | The Gun Shop (Kingman, AZ) |
| 5 | 7/1/2021 | Sportsman's Warehouse (Yuma, AZ) |
| 6 | 8/4/2021 | Sprague's Sports (Yuma, AZ) |
| 7 | 8/9/2021 | C-A-L Ranch (Yuma, AZ) |
| 8 | 10/6/2021 | C-A-L Ranch (Yuma, AZ) |
| 9 | 10/8/2021 | Sportsman's Warehouse (Yuma, AZ) |
| 10 | 10/20/2021 | Sportsman's Warehouse (Yuma, AZ) |
| 11 | 10/20/2021 | C-A-L Ranch (Yuma, AZ) |
| 12 | 10/22/2021 | The Gun Shop (Kingman, AZ) |
| 13 | 10/23/2021 | The Gun Shop (Kingman, AZ) |
| 14 | 11/6/2021 | C-A-L Ranch (Yuma, AZ) |
| 15 | 11/17/2021 | C-A-L Ranch (Yuma, AZ) |
| 16 | 11/22/2021 | C-A-L Ranch (Yuma, AZ) |
| 17 | 12/8/2021 | C-A-L Ranch (Yuma, AZ) |
| 18 | 12/27/2021 | C-A-L Ranch (Yuma, AZ) |
| 19 | 1/19/2022 | C-A-L Ranch (Yuma, AZ) |
| 20 | 1/26/2022 | C-A-L Ranch (Yuma, AZ) |
| 21 | 2/3/2022 | C-A-L Ranch (Yuma, AZ) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 21

- 2 -

of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 21 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, including, but not limited to, the following property involved and used in the offense:

(1) One (1) Colt 5.56 Carbine bearing serial #CR718610 seized February 3, 2022 from NORMAN JEFFREY FRENCH;

(2) One (1) Sig Sauer P320 9mm Pistol bearing serial #58J271750 seized February 3, 2022 from NORMAN JEFFREY FRENCH;

(3) One (1) Sig Sauer P365 Fire control device bearing serial #FC003239 seized February 3, 2022 from NORMAN JEFFREY FRENCH;

(4) One (1) Sig Sauer, P365, 9mm, Pistol, Serial number #66B604514 seized February 15, 2022 from SoCal Gunbroker;

(5) One (1) LAR, Grizzly, Mark I, 45 WIN MAG, Pistol, Serial number #A00503 seized February 15, 2022 from SoCal Gunbroker; and

(6) One (1) Sig Sauer, P320 M18, 9mm, Pistol, Serial number #M18A026681 seized on February 15, 2022 from Firearm Supply Company.

If any forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

- 3 -

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/

FOREPERSON OF THE GRAND JURY
Date:  July 27, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


S/

ADDISON SANTOME
Assistant U.S. Attorney

- 4 -