AZD PTS FFL (AZD Rev. 6/16) Notice Federal Firearms License for Criminal Defendant

# 8/10/2022UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING CONCEALED WEAPONS PERMIT FOR CRIMINAL DEFENDANT

**Office:**
United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

**Original Notice**

**Date:** December 29, 2023
**By:** Veronica Espinosa

Defendant: Norman Jeffrey French Case Number: CR-22-00915-001-PHX-
Date of Birth: [redacted]

**Notice of Court Order** (Order Date: August 10, 2022)

☒ The above-named defendant surrendered **CONCEALED WEAPONS PERMIT** number [redacted] to the custody of the U.S. Pretrial Services on August 10, 2023.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ The Federal Firearms License was mailed to the defendant at the address on file with Pretrial Services.
On: Click here to enter a date.

FedEx Tracking number Click here to enter text.

**Distribution:**
Original to case file
Defendant *(or representative)*
Clerk of Court